[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 99-9008

IN RE: EL SAN JUAN HOTEL CORP.,

Debtor,

_____

MARSHALL J. KAGAN,

Creditor, Appellee,

v.

RODRIGO O. BIGLES,

Claimant, Appellant,

HANS LOPEZ STUBBE, Chapter 7 Trustee,

Trustee - Appellee.

_____

No. 99-9009

IN RE:  EL SAN JUAN HOTEL CORP.,

Debtor,

_____

MARSHALL J. KAGAN,

Creditor, Appellee,

v.

RODRIGO O. BIGLES,

Claimant, Appellant,

_____

JOHN ELLIS, Intervener,

Trustee, Appellee,

UNITED STATES TRUSTEE,

Trustee, Appellee.

_____

No. 99-9010

IN RE: EL SAN JUAN HOTEL CORP.

Debtor.

_____

MARSHALL J. KAGAN,

Creditor, Appellee,

v.

RODRIGO O. BIGLES,

Claimant, Appellant,

HANS LOPEZ STUBBE, Chapter 7 Trustee,

Trustee, Appellee.

_____

APPEALS FROM THE UNITED STATES BANKRUPTCY APPELLATE PANEL

FOR THE FIRST CIRCUIT

_____

Before

Stahl, <u>Circuit Judge</u>,
Bownes, <u>Senior Circuit Judge</u>,

and Lipez, <u>Circuit Judge</u>.
_____

  <u>Carlos A. Quilichini</u> on brief for appellant Rodrigo O. Bigles.
  <u>Carol Ann Rich</u> and <u>Campbell, Arellano & Rich</u> on brief for John Ellis.
  <u>Marshall J. Kagan</u> on brief pro se.
_____

    September 27, 2000
_____

**Per Curiam.** In this latest chapter of the long-running saga of the El San Juan Hotel's bankruptcy proceedings, we are faced with an appeal by Rodrigo Otero Bigles, the attorney for the hotel's Chapter 7 trustee, from the opinion of the United States Bankruptcy Appellate Panel for the First Circuit disallowing the award of attorneys' fees to Otero based on a conflict of interest.[1]

Having carefully reviewed the submissions of the parties before this Court, we affirm for the reasons stated in the Bankruptcy Appellate Panel's well-reasoned decision. As we have noted repeatedly, "[W]hen a lower court produces a comprehensive, well-reasoned decision, an appellate court should refrain from writing at length to no other end than to hear its own words resonate." Sunview Condominium Assoc. v. Flexel Int'l, Ltd., 116 F.3d 962, 965 (1st Cir. 1997) (citation and internal quotation marks omitted). This is such a case.

**Affirmed.** Costs to appellee.

---

[1]The Bankruptcy Appellate Panel's order also removed Hans Lopez Stubbe as Chapter 7 trustee and remanded the case to the bankruptcy court for a recalculation of the proper measure of Lopez's compensation. Lopez has since settled his differences with the bankruptcy estate and has not participated in this appeal.